# DeGREGORY v. ATTORNEY GENERAL
# OF NEW HAMPSHIRE.

No. 237, Misc.   Decided October 23, 1961.

*Howard S. Whiteside* for appellant.

*Gardner C. Turner*, Attorney General of New Hampshire, *pro se.*

PER CURIAM.

The judgment is affirmed.

THE CHIEF JUSTICE, MR. JUSTICE BLACK, MR. JUSTICE DOUGLAS and MR. JUSTICE BRENNAN dissent.